IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW GIGLIOTTI,<br><br>  Plaintiff,<br>V.<br><br>CSAA GENERAL INSURANCE COMPANY,<br>  Defendant. | **CIVIL ACTION**<br><br>DOCKET NO.: 5:25-cv-01275-GTS-MJK |

### STIPULATED ORDER

**AND NOW**, this 9th day of October, 2025, upon consideration of the stipulation reached between counsel for the parties regarding Defendant CSAA General Insurance Company's Motion to Dismiss (Dkt. 5) the following is hereby **ORDERED** and **APPROVED**:

(1) Plaintiff has not asserted a cause of action against CSAA General Insurance Company for insurance bad faith in connection with its handling of Plaintiff's first-party property insurance claim.

(2) CSAA's Motion to Dismiss is hereby **WITHDRAWN** as **MOOT**.

(3) CSAA will file its Answer to Plaintiff's Complaint on or before October 24, 2025.

_____
Martha L. Berry, Esq.
Longstreet & Berry, LLP
Bar Roll No. 101150
Counsel for Plaintiff

_____
C. Scott Rybny, Esq.
Thomas, Thomas & Hafer, LLP
Bar Roll No.
Counsel for Defendant

**IT IS SO ORDERED**  BY THE COURT:

_____
Glenn T. Suddaby
U.S. District Judge

Dated: October 9, 2025